## GABRIANA MILLER ET AL. *v.* STEPHEN FISHMAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 286 (AC 26884), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Stephen V. Manning, Donna R. Zito* and *Michael G. Rigg,* in support of the petition.

*Joshua D. Koskoff* and *Cynthia C. Bott,* in opposition.

Decided January 4, 2008